IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ERICK FLORES RIVERA,

Petitioner

v.

UNITED STATES OF AMERICA,

Respondent

CIVIL 98-2320 (PG)
(CRIMINAL 90-0130 (PG))

## ORDER

Having reviewed the motion under 28 U.S.C. § 2255, and since the motion, files and available record in the case do not show conclusively that petitioner is entitled to no relief, the United States Attorney is instructed to reply to the 2255 motion within twenty (20) days.

At San Juan, Puerto Rico, this 18th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)