UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ERIC FLORES RIVERA, | * | |
|     Petitioner, | * | |
| | * | |
| v. | * | CIVIL NO. 98-2320(PG) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
|     Respondent. | * | |

### ORDER

The Court has reviewed carefully the report and recommendation by Magistrate Judge Arenas on March 24, 2000.

The Court agrees with the reasons expounded in the report and recommendation and accordingly the Court approves and adopts the unopposed Magistrate Judge's report and recommendation and in accordance therewith, the petition filed under 28 U.S.C. § 2255 is hereby **DENIED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____July 31_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)