UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ERIC FLORES RIVERA,
    Petitioner,

v.       CIVIL NO. 98-2320(PG)

UNITED STATES OF AMERICA,
    Respondent.

### J U D G M E N T

On this same date the Court has entered an Order approving and adopting the U.S. Magistrate Judge's report and recommendation. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that the petition filed under 28 U.S.C. § 2255 is hereby **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____July 31_____, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)